AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TEMPEST ABDULLAH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-007

CONTRACT CALLERS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 6, 2020, Defendant's Motion to Dismiss is GRANTED;

therefore, all pending motions and deadlines are TERMINATED and this case stands CLOSED.

| | |
|---|---|
| 11/06/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Jamie Hodge* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020